I'm going to focus on two issues. One, there's an official case, a controversial case, and it's a non-partisan case. It's a non-partisan case. Basically, I'm going to focus on that case. It's a non-partisan case. It's basically a non-competitive case. It's
judges: Tashima, M. Smith, Korman